Mr. Frank Parlato
29809 Geranium Dr.
Big Pine Key, FL 33043



United States District Court
District of Connecticut
New Haven Division
141 Church St.
New Haven, CT 06510