JAN 17 2023 PM 12:50
FILED-USDC-CT-NEW HAVEN

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

CHRISTOPHER AMBROSE,

                Plaintiff,

v.                                                       22 cv 1648 (VAB) (RAR)

FRANK PARLATO JR.,

                Defendant.

## MOTION TO REMAND TO STATE COURT

Pro se Plaintiff Christopher Ambrose[1] moves this Court for an order remanding the case to state court pursuant to 28 U.S.C. § 1447(c) for the reasons set forth in Plaintiff's accompanying Memorandum of Law.

Date: 1.17.23

                                                  Respectfully submitted,

                                                  */s/ Christopher Ambrose*

                                                  Christopher Ambrose

                                                  Pro Se Plaintiff

---

[1] A draft of these motion papers was prepared with the help of an attorney in the Federal Pro Se Legal Assistance Program at New Haven Legal Assistance Association.