FEB 8 2023 PM 3:03
FILED-USDC-CT-NEW HAVEN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER AMBROSE | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO. 3:2022CV01648 |
| FRANK PARLATO, JR. | * | |
| Defendant | * | |

### PLAINTIFF'S NOTIFICATION TO THE COURT

Plaintiff respectfully alerts the Court that the mailing address Defendant has provided to the Court (Frank Parlato, Jr., 29009 Geranium Dr., Big Pine Key, FL 33043, the "Address") does not accept mail for him.

Since July 18, 2022, every piece of mail sent to the Address by the Plaintiff and the Connecticut State Marshall has been returned to the sender by the USPS. A sampling of these mailings is attached hereto as **EXHIBIT A**.

In addition, though not required, Plaintiff engaged the Monroe County (FL) Sheriff to serve papers to Defendant at the Address. The Sheriff's receipt is attached hereto as **EXHIBIT B**. Since September 6, 2022, the Sheriff attempted on three separate dates to effect service and was unsuccessful. In September, Defendant's neighbor told a Sheriff's deputy that Mr. Parlato had not lived at the residence for "some time."[1] Nevertheless, Defendant continues to provide the Address to the Court in every document he files and uses the Address as his return address on all correspondence sent to Plaintiff. For example, Defendant most recently used the Address on an envelope received by Plaintiff on February 7, 2023, which is attached hereto as **EXHIBIT C**.

Defendant insists in his Notice of Removal and his Objection to Remand that he was not properly served. But, as explained, Defendant appears to be providing inaccurate information regarding his address to the Court. Defendant has a well-documented

---

[1] The Sheriff's Deputy will attest to this conversation but will require a subpoena to do so.

history of providing false information to the federal government. After a four-year joint investigation by the FBI and IRS, the US Attorney for the Western District of New York indicted Defendant on 18 counts of tax evasion and fraud; in August 2022, Defendant pleaded guilty to a modified charge. As part of his guilty plea, Defendant forfeited approximately $1,000,000 that was seized by the government in 2015 and will pay $184,939.51 to the IRS. He is scheduled to be sentenced by the Hon. Richard J. Arcara on April 3 at 10 AM. His charge carries a maximum penalty of five years in prison and a fine of $25,000.

In addition, the Plaintiff respectfully calls the Court's attention to Filing 2 on the PACER Docket Report, which states in relevant part, "In order to proceed, the filing fee or a Motion for Leave to Proceed In Forma Pauperis must be submitted to the Court by 1/26/2023 or the case will be subject to dismissal." It is unclear what action the Court will take, and Plaintiff is concerned that Defendant's misconduct regarding the nonpayment of the fee will delay his pursuit of justice even further.[2]

Plaintiff respectfully requests that the Court consider this information in making any determinations regarding the matters before it.

Dated: February 8, 2023

Respectfully submitted,

Christopher Ambrose, Pro Se Plaintiff
381 Horsepond Rd.
Madison, CT 06443
203.505.1889
ca0515@aol.com

---

[2] Plaintiff filed the Summons and Complaint with Connecticut Superior Court on July 21, 2022. Defendant did not respond until he filed his Motion to Remove on December 27, months after the statutory deadline. Now, Defendant has filed an Objection to Plaintiff's Motion to Remand. It appears that Defendant's strategy is vexatious and intended solely to delay Plaintiff's case.

EXHIBIT A

Connecticut Marshall's mail to Parlato returned

**State Marshal Fred DiNardi, Jr.**
P.O. Box 977
Rocky Hill, CT 06067

7020 0090 0001 4698 9050

U.S. POSTAGE PAID
FCM LG ENV
ROCKY HILL, CT
06067
JUL 18, 22
AMOUNT
$10.13
R2305H126997-82

Frank Parlato
29009 Geranium Dr
Big Pine Key Fl. 33043

N.L
7-21-22

08-04-22

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Frank Parlato
29009 Geranium Dr
Big Pine Key Fl. 33043

9590 9402 6716 1060 7679 06

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

7020 0090 0001 4698 9050

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

NIXIE   326   CE 1   7208/19/22
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

Exhibit A (cont) Photo of Envelope Returned



381 Horsepond R
Madison, CT 06443

Frank Parlato, Jr.
29009 Geranium Dr.
Big Pine Keys, FL 33043

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

DEC 12 2022
MADISON, CT

EXHIBIT B

Monroe County (FL) Sheriff's Receipt
for process service

SHERIFF'S OFFICE MONROE County, Florida
KW , Florida, 9/6/ , 2022 0088190
Received from CHRISTOPHER AMBROSE
the sum of FORTY DOLLARS as follows:

| | | |
|---|---|---|
| Fine | $ | Defendant |
| Deposit | $ | Account of FRANK PARLATO |
| Costs | $40.00 | Case of _____ vs. _____ No. _____ |
| Suspense | $ | Case of _____ vs. _____ No. _____ |
| Cash Bond | $ | Bond Nos. |
| Other | $40.00 | For SUMMONS # |
| Total | $40.00 | |

Cash _____ Check 106
Entered R. RAMSAY
Sheriff By [signature] P. ____ DS

EXHIBIT C



Defendant's return address ↓

Fc...
29009 Geranium Dr.
Big Pine Key FL 33043

Christopher A. Ambrose
381 Horsepond Road
Madison CT 06443

Mail on Feb 2, 2023

## CERTIFICATE OF SERVICE

I affirm that I served by First Class U.S. mail a true and correct copy of the foregoing Notification upon pro se Defendant Frank Parlato, Jr. at his address listed on the docket, 29009 Geranium Drive, Big Pine Key, FL 33043.

Date: February 8, 2023

*Christopher Ambrose*

Christopher Ambrose

Pro Se Plaintiff