OCT 12 2023 AM 10:23
FILED-USDC-CT-NEW HAVEN

# UNITED STATES DISTRICT COURT
## District of Connecticut
## New Haven Division

-----------------------------------------------------

CHRISTOPHER A. AMBROSE,

                Plaintiff,

      V.                                            Case No. 22 cv 1648 (VAB) (RAR)

FRANK PARLATO, JR.,

                Defendant.

-----------------------------------------------------

### NOTICE TO SELF-REPRESENTED LITIGANT
### CONCERNING MOTION TO DISMISS
### (As Required by Local Rule 12(a))

TO:    CHRISTOPHER A. AMBROSE
        Self-Represented Plaintiff
        381 Horsepond Road
        Madison, CT 06443
        203.505.1889
        ca0515@aol.com

The purpose of this notice, which is required by the Court, is to notify you that the defendant has filed a motion to dismiss asking the Court to dismiss all or some of your claims without a trial. The defendant argues that there is no need to proceed with these claims because they are subject to dismissal for the reasons stated in the motion.

THE DEFENDANT'S MOTION MAY BE GRANTED, AND YOUR CLAIMS MAY BE DISMISSED WITHOUT FURTHER NOTICE IF YOU DO NOT FILE OPPOSITION PAPERS AS REQUIRED BY RULE 12 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND IF THE DEFENDANT'S MOTION SHOWS THAT THE DEFENDANT IS ENTITLED TO DISMISSAL OF

**ORAL ARGUMENT REQUESTED**

ANY OR ALL OF YOUR CLAIMS. COPIES OF RELEVANT RULES ARE ATTACHED TO THIS NOTICE, AND YOU SHOULD REVIEW THEM VERY CAREFULLY.

The papers you file must show that (1) you disagree with the defendant's arguments for dismissal, and (2) that the allegations of your complaint are sufficient to allow this case to proceed. If you would like to amend your complaint under Rule 15 of the Federal Rules of Civil Procedure in order to respond to the alleged deficiencies in your complaint asserted by the defendant, you may promptly file a motion to amend your complaint, but you must attach your proposed amended complaint to the motion. It is very important that you read the defendant's motion and memorandum of law to see if you agree or disagree with the defendant's motion. It is also very important that you review the enclosed copies of Rule 12 of the Federal Rules and Local Rule 7 carefully. You must file your opposition papers (and any motion to amend) with the Clerk of the Court and mail a copy to the defendant's counsel within 21 days of the filing of the defendant's motion with the Clerk of the Court. (If you e-file under the Court's Electronic Filing Policies and Procedures, you do not need to separately mail a copy of your opposition papers to the defendant's counsel.) If you require additional time to respond to the motion to dismiss, you must file a motion for extension of time, providing the Court with good reasons for the extension and with the amount of additional time you require.

If you are confined in a Connecticut correctional facility, you must file your opposition papers and any motion to amend using the Prisoner Efiling Program and are not required to mail copies to the defendant's counsel.

Dated: Big Pine Key, Florida
      October 8, 2023

Yours, etc.,

FRANK PARLATO, JR.
29009 Geranium Drive
Big Pine Key, Florida 33043
Tel:    (305) 783-7083
Email:  frankparlato@gmail.com

**ORAL ARGUMENT REQUESTED**