Christopher Ambrose
381 Horsepond Rd.
Madison, CT 06443
203.505.1889

October 17, 2023

Chief Judge Michael P. Shea
US Courthouse
450 Main Street, Annex 135
Hartford, CT 06103

Re:  *Ambrose v. Parlato,* Case #: 3:22-cv-01648-MPS
   Defendant's Refusal to Respond for Rule 26 (f) report; and
   Objection to Defendant's Untimely Rule 12 Motion

Dear Chief Judge Shea:

I am the *pro se* plaintiff in the referenced matter.

### Rule 26(f) Report

Pursuant to the Court's September 18, 2023 order, I have tried to contact the defendant, Frank Parlato, Jr., three times to confer and produce a Rule 26(f) report. I have yet to receive a response.

As explained in my Motion to Remand (filed on 01.17.23), Mr. Parlato successfully avoided my many good-faith attempts to serve him, resulting in a denial of my remand request. I fear he is again using this tactic - denying contact - to impede my case. Given that I need his cooperation to file the Rule 26 Report, I am uncertain how to comply with the Court's order.

### Rule 12 Motion

This morning, I discovered that Mr. Parlato filed a Rule 12 Motion to Dismiss (though he did not provide me notice or a courtesy copy). This Motion is a week beyond the October 9 deadline the Court imposed in its September 18 order. Therefore, Mr. Parlato's filing is untimely; I respectfully request that it be denied.

Since October 3, 2021, Mr. Parlato has published falsehoods about me on his sensationalist website, frankreport.com. His allegations include that I sexually abuse and otherwise mistreat my three minor children, over whom I have sole legal and physical custody. His numerous posts have utterly destroyed my reputation and severely damaged my emotional and financial health.

When I filed this action in July 2022, I thought the defendant would cease - or at least slow - his relentless attacks; he's only become more aggressive. Since August 1, 2023, he has published 47 lengthy articles attacking me and exploiting my children, and he continues to evade my efforts to hold him accountable.

I respectfully await the court's direction.

Thank you,

Christopher Ambrose
Plaintiff

Cc: Frank Parlato, Jr.
29009 Geranium Dr.
Big Pine Key, FL