

# FIBRS Incident Report

MONROE COUNTY SO
20950 OVERSEAS HWY
CUDJOE, FL 33042

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 11/12/2021 5:52:21 PM | MCSO21OFF008178 (01) | MCSO21OFF008178 / MCSO21CAD171410 | DEPUTY / 0498 | TORRES, EDWARD |
| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: INACTIVE |
| FL0440000 | 11/9/2021 9:03:26 PM | 11/09/2021 21:03:00 - 11/09/2021 21:08:00 | In Jurisdiction | Clearance: |
| Offense Description | | | | |
| 25-1 DISTURBANCE: DOMESTIC | | | | |

## LOCATION(S)

| County | Location Type | Location Description | | | | | |
|---|---|---|---|---|---|---|---|
| MONROE | INCIDENT LOCATION | | | | | | |
| Street Number | Street | | Apt/Lot/Bldg | City | State | Zip Code | Phone Number | Ext. |
| 29009 | GERANIUM DR/30 MM GU | | | BIG PINE | FL | 33043 | | |

## Person: REPORTING PERSON

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| NYIOME | MONICA | SAMSON | | WHITE | FEMALE | 505 | 0 | | |
| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID | | |
| MCSO18MNI003708 | | 09/17/1993 | 28 | E | ███████ | FL | | | |
| Place of Birth: | , , | | | | | | | | |

Addresses
• Residence / 29033 GERANIUM DR, BIG PINE, FL 33043 / 3053932186

## Person: VICTIM

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| KAREN | B | RIORDAN | | WHITE | FEMALE | | | | |
| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID | | |
| MCSO21MNI030802 | | 09/22/1966 | 55 | | | | | | |
| Place of Birth: | , , | | | | | | | | |

| Victim Notification provided | Yes |
|---|---|
| Public Records Exemption | No |
| Victim Rights Packet Issued | Yes |

Addresses
• Residence / 29009 GERANIUM DR, BIG PINE, FL 33043 /

## Person: SUSPECT

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| FRANK | ROBERT | PARLATO | JR | WHITE | MALE | 5'07" | 0 | BRO | BRO |
| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID | | |
| MCSO11MNI010385 | ███████ | 04/25/1955 | 66 | E | ███████ | NY | | | |
| Place of Birth: | , , | | | | | | | | |

| Report Date / Time<br>11/12/2021 5:52:21 PM | Report Number<br>MCSO21OFF008178 (01) | Report Case/CAD Number<br>MCSO21OFF008178 /<br>MCSO21CAD171410 | Reporting Officer Rank / ID<br>DEPUTY / 0498 | Reporting Officer Name<br>TORRES, EDWARD |
|---|---|---|---|---|
| Originating Agency ORI<br>FL0440000 | Reported to Agency Date<br>11/9/2021 9:03:26 PM | Occur Date Range<br>11/09/2021 21:03:00 -<br>11/09/2021 21:08:00 | Jurisdiction<br>In Jurisdiction | Status: INACTIVE<br>Clearance: |
| Offense Description<br>25-1 DISTURBANCE: DOMESTIC ||||| 

| Addresses |
|---|
| • Residence / 29009 GERANIUM DR, BIG PINE KEY, FL 33043 / |

## Charge

| ▶ | Counts<br>1 | Charge<br>784.03.1a1 | Arrest Offense Code Description<br>BATTERY ||
|---|---|---|---|---|
| | Charge Degree<br>F || Charge Level<br>MISDEMEANOR | General Offense Code<br>COMPLETED |
| | Charge Description<br>TOUCH OR STRIKE ||||

## Charge:

| ▶ | Counts<br>1 | Charge<br>787.02.1a | Arrest Offense Code Description<br>KIDNAP-FALSE IMPRISONMENT ||
|---|---|---|---|---|
| | Charge Degree<br>T || Charge Level<br>FELONY | General Offense Code<br>COMPLETED |
| | Charge Description<br>ADULT ||||

## Charge

| ▶ | Counts<br>1 | Charge<br>914.22.1 | Arrest Offense Code Description<br>OBSTRUCTING JUSTICE ||
|---|---|---|---|---|
| | Charge Degree<br>S || Charge Level<br>FELONY | General Offense Code<br>COMPLETED |
| | Charge Description<br>TAMPERING IN 3RD DEGREE FELONY PROCEEDING ||||

## Vehicle: OTHER

| ▶ | Year<br>UNK | Make<br>JEEP | Model | Style | Color<br>WHI | State<br>NY | License Plate #<br>JKL2103 | Tag Expiration<br>04/25/2022 | VIN<br>ZACNJBBB8KPK15620 |
|---|---|---|---|---|---|---|---|---|---|
| | Vehicle Owner Type<br>PERSON || Vehicle Value ($) | ☐ CMV<br>☐ HAZMAT | DOT Number ||| Placard Hazardous Material # | Placard Hazard Class # |
| | Vehicle Owner<br>FRANK ROBERT PARLATO JR<br>(SUSPECT) ||| Vehicle Released to Person ||||| Vehicle Released by Officer |

## Narrative: INITIAL

| ▶ | Narrative Date/Time<br>11/12/2021 8:31:21 PM | Narrative Synopsis |
|---|---|---|

| Report Date / Time<br>11/12/2021 5:52:21 PM | Report Number<br>MCSO21OFF008178 (01) | Report Case/CAD Number<br>MCSO21OFF008178 /<br>MCSO21CAD171410 | Reporting Officer Rank / ID<br>DEPUTY / 0498 | Reporting Officer Name<br>TORRES, EDWARD | |
|---|---|---|---|---|---|
| Originating Agency ORI<br>FL0440000 | Reported to Agency Date<br>11/9/2021 9:03:26 PM | Occur Date Range<br>11/09/2021 21:03:00 -<br>11/09/2021 21:08:00 | Jurisdiction<br>In Jurisdiction | Status:   INACTIVE<br>Clearance: | |
| Offense Description<br>25-1 DISTURBANCE: DOMESTIC | | | | | |

| Reporting Officer<br>TORRES, EDWARD | Officer Rank<br>DEPUTY | Officer ID No<br>0498 | Officer Org/Unit<br>MCSO\DIST 1 ROAD PATROL |
|---|---|---|---|
| Officer Signature   *Edward Torres* | Officer Agency<br>MONROE COUNTY SO | | |

    On November 09, 2021 at 2103 hours while on patrol in Monroe County, myself, Deputy White, and Deputy Curry were dispatched to 29033 Geranium Dr. Big Pine Key in reference to a possible domestic violence incident. We met with the reporting party Nyiome Samson who informed us that a lady, identified as Karen Riorand by name and date of birth, had entered her home and was crying, appeared very afraid, and complaining about injuries she had. Nyiome also stated that Karen wanted pictures taken of her injuries but would not explain where they came from. Nyiomie informed us that she offered Karen treatment for her injuries but she refused and walked back to her home at 29009 Geranium Dr.

    Deputy White, Deputy Curry, and I walked over to the home where Nyiome stated she saw Karen go (29009 Geranium Dr.) and we went upstairs to make contact with her. The house appeared to be occupied with the lights on. After knocking several times and announcing ourselves as the Monroe County Sheriff's Office, there was no answer at the door. We decided to go downstairs to continue to try and make contact with Karen. Deputy Curry found Karen in a downstairs living quarters and when we all made contact, she appeared to be very frightened and afraid, crying ,sobbing, shaking and trembling and not being able to communicate with us effectively. We asked Karen what happened and she appeared to be paralyzed by fear and would repeatedly say that nothing happened and did not want anyone to get in trouble. We walked Karen over to the patrol cars to try and calm her down and try to get more information on what had occurred.

    After about approximately 15 minutes, she informed us that her boyfriend, Frank Parlato, and her have been in a romantic relationship and have been living together for the past two months. She stated that they got into an argument and he had slapped and grabbed her, took her cell phone, and would not let her leave the house. The injuries I observed were red marks on her face around the left eye which appeared that she had been slapped, a small abrasion with dried blood behind her left ear, and red marks on her arms and wrists which appeared as if someone had grabbed her forcefully. Karen stated that she tried to leave the house but Frank forcibly held her against her will by grabbing her by the arms and would not let her leave, and took her cell phone preventing her from calling law enforcement or EMS. Karen also stated that one of Frank's friends came to the house to pick him up and noticed that his vehicle (a white jeep with a New York plate) was not at the house. Karen told us that after he left is when she was able to leave the house but could not get back in and retrieve her belongings due to Frank locking the house. After speaking with Karen, she could not provide us with information on Frank's location. I provided Karen with a Victims Rights Brochure, and she refused to write a written statement. Nyiome provided us with a sworn written statement of what she had

| Report Date / Time<br>11/12/2021 5:52:21 PM | Report Number<br>MCSO21OFF008178 (01) | Report Case/CAD Number<br>MCSO21OFF008178 /<br>MCSO21CAD171410 | Reporting Officer Rank / ID<br>DEPUTY / 0498 | Reporting Officer Name<br>TORRES, EDWARD |
|---|---|---|---|---|
| Originating Agency ORI<br>FL0440000 | Reported to Agency Date<br>11/9/2021 9:03:26 PM | Occur Date Range<br>11/09/2021 21:03:00 -<br>11/09/2021 21:08:00 | Jurisdiction<br>In Jurisdiction | Status: INACTIVE<br>Clearance: |
| Offense Description<br>25-1 DISTURBANCE: DOMESTIC | | | | |

witnessed.

Frank called the Monroe County Sheriff's Office wondering why law enforcement was at his house. We relocated back to his home and Deputy White called him advising that he needed to return back to speak with us about the incident. Frank advised that he had just left the county and was now in Homestead, Fl and would take him and hour and a half to get back, and continuously asked if he was going to be arrested. We advised Frank that we would wait for him at his home for his arrival and would speak to him more once he was there. A short while later a Captain William Krier (phone number 716-239-1126) of the Tonowanda Police Department called the Monroe County Sheriff's Office wishing to speak with Deputy White about Frank. Deputy White verified Captain Krier's identity by calling the Tonowanda Police Department. Captain Krier stated that he was Frank's brother in law and wanted to know what was going on with Frank. Deputy White advised him of the situation and told him that Frank needed to return back home to speak to us about the incident that occurred with Karen. Captain Krier called Deputy White a short while later and advised us that Frank was not going to return and was on the run fleeing the county. Later that evening while on patrol, Deputy White received another phone call from a person stating she was a friend of Frank's. She could not be verified as a witness or involved in the incident in any way and had no correlation to the incident.

Based on the totality of circumstances, I find probable cause for the arrest of Frank Parlato for the violation of Florida State Statutes' 784.03 (1) (a) (battery, unlawful touch or strike), 787.02 (1)(a) (false imprisonment), and 914.22 (1) (obstructing justice, tampering in a 3rd degree felony proceeding). I find this due to the injuries on Karen including the red marks on her face, arms, and wrists, the abrasion behind her left ear, Frank forcibly not letting her leave the house against her will, and taking her cell phone away preventing her from being able to contact law enforcement or EMS.

BWC was active during my investigation.

### Officer: Approving Supervisor (Supplement 01)

| Officer Name<br>FERNANDEZ, DAVID | Officer Rank<br>SERGEANT | Officer ID No<br>9527 | Officer Agency<br>MONROE COUNTY SO |
|---|---|---|---|
| Approval Date / Time<br>1/27/2022 1:37:19 PM | Officer Signature | *signature* | |

| Sup # | Officer Name<br>Rank / ID # | | Involvement On Report /<br>Reporting Role | Officer Agency<br>Org/Unit |
|---|---|---|---|---|
| 01 | TORRES, EDWARD<br>DEPUTY | 0498 | REPORTING OFFICER | MONROE COUNTY SO<br>MCSO\DIST 1 ROAD PATROL |
| 01 | FERNANDEZ, DAVID<br>SERGEANT | 9527 | APPROVING SUPERVISOR | MONROE COUNTY SO<br>MCSO\DIST 1 ROAD PATROL |

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 11/12/2021 5:52:21 PM | MCSO21OFF008178 (01) | MCSO21OFF008178 / MCSO21CAD171410 | DEPUTY / 0498 | TORRES, EDWARD |
| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: **INACTIVE** |
| FL0440000 | 11/9/2021 9:03:26 PM | 11/09/2021 21:03:00 - 11/09/2021 21:08:00 | In Jurisdiction | Clearance: |

| Offense Description |
|---|
| 25-1 DISTURBANCE: DOMESTIC |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe that the above named Defendant, committed violation(s), of law, on the below date(s) and time(s), as listed in the narratives associated with this report:

**Officer: Reporting Officer (Supplement01)**

| Officer Name | Office Rank | Officer ID No | Sworn and subscribed before me, the undersigned authority |
|---|---|---|---|
| TORRES, EDWARD | DEPUTY | 0498 | This the _____ day of _____, _____ |
| Officer Agency | | | DEPUTY OF THE COURT, NOTARY OR LAW ENFORCEMENT OFFICER |
| MONROE COUNTY SO | | | |
| Officer Signature *[signed: Edward Torres]* | | | |

At a term of the Family Court of the State of New York, held in and for the County of Rockland at 1 South Main St., Floor 3, New City, NY 10956, on October 25, 2023

**PRESENT**: Hon. Keith J. Cornell

In the Matter of **an Article 6** Proceeding

**Christopher Ambrose** (Petitioner)

-against-

**John Laurenzi** (Respondent)
**Karen Riordan** (Respondent)

**File #:** 41982
**Docket #:** V-03239-23
V-03240-23
V-03241-23

**ORDER - GENERAL**

On October 23, 2023, Christopher Ambrose (the Father) filed a petition for Writ of Habeas Corpus regarding the following minor children:

| Name | Date of Birth |
| --- | --- |
| Mia Ambrose | 01/28/2007 |
| Matthew Ambrose | 02/20/2007 |
| Sawyer Ambrose | 07/06/2010 |

Christopher Ambrose appeared with counsel. John Laurenzi appeared *pro se*. This Court issued a Temporary Order of Protection dated October 23, 2023 against John Laurenzi that required him to facilitate the return of the children to the Father.

On the evening of October 23, 2023, counsel for the Father reported by letter to the Court that the children had been returned to the Father's custody. Counsel requested that the writ be marked as satisfied and the TOP against John Laurenzi be vacated. Therefore, it is

**ORDERED** that the Temporary Order of Protection issued on October 23, 2023 under docket numbers V-03239-23, V-03240-23, and V-03241-23, is hereby vacated.

Dated: October 26, 2023        **ENTER**
cs

Hon. Keith J. Cornell

NOTICE OF ENTRY
PLEASE TAKE NOTICE that the within is a true copy of the order entered in the office of the Clerk of the Family Court of the State of New York in the County of ROCKLAND.
DATE OF ENTRY 11/2/23

Chief Clerk of the Court

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE ATTORNEY FOR THE CHILD UPON THE APPELLANT, WHICHEVER IS EARLIEST.