UNITED STATES DISTRICT COURT
District of Connecticut
New Haven Division

---

CHRISTOPHER A. AMBROSE,

                Plaintiff,

    V.                                    Case No. 22 cv 1648 (VAB) (RAR)

FRANK PARLATO, JR.,

                Defendant.

---

## MOTION TO DISMISS

    Pro se Defendant Frank Parlato, Jr., moves this Honorable Court for an Order dismissing this case according to Rule 12 of the Federal Rules of Civil Procedure. Specifically, Defendant moves this Honorable Court for an Order:

a) Striking Counts 1 and 3 pursuant to Rule 12(f) of the Federal Rule of Civil Procedure (FRCP) as duplicative of Count 2; or

b) Striking Counts 1 and 3 pursuant to FRCP Rule 12(f) as improperly plead, unsuccessful in law and fact, and prejudicial; and

c) Dismissing this matter pursuant to FRCP Rule 12(b)(2); or in the alternative

d) Dismissing this matter pursuant to FRCP Rule 12(b)(4); or in the alternative

e) Dismissing this matter pursuant to FRCP Rule 12(b)(5); or in the alternative

f) Dismissing this matter pursuant to FRCP Rule 12(b)(6); or in the alternative

g) Dismissing this matter pursuant to the doctrine of *Forum Non-Conveniens* or in the alternative

1

**ORAL ARGUMENT REQUESTED**

h) Transferring this matter to the United States District Court for the Southern District of Florida, Key West Division, and

i) For such other and further relief as this Honorable Court shall deem just and equitable.

Defendant asks for oral argument and a hearing as soon as the Court may hear the parties, and in compliance with Rule 6 of the FRCP, not before November 13, 2023, to afford proper notice to Plaintiff.

Defendant also asks that he may appear before the Court by Zoom and/or other videoconferencing means because Defendant is a resident of the State of Florida, has no contacts in the State of Connecticut, and it would be an undue burden for Defendant to appear in the State of Connecticut in person.

Defendant relies on the following Memorandum of Law and the attached Declaration of Frank Parlato Jr. (the "Declaration"), as well as all previous pleadings, papers, and exhibits in the Court's docket, expressly incorporated by reference as if fully stated herein, to support his applications to the Court.

Dated: Big Pine Key, Florida
       November 20, 2023

Respectfully submitted,

FRANK PARLATO, JR.
29009 Geranium Drive
Big Pine Key, Florida 33043
Tel:	(305) 783-7083
Email:	frankparlato@gmail.com

2

**ORAL ARGUMENT REQUESTED**